No. 601.   ERIE FORGE CO. *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS and MR. JUSTICE JACKSON are of the opinion certiorari should be granted.   *Leo Brady* and *W. Pitt Gifford* for petitioner. *Solicitor General Perlman, Acting Assistant Attorney General Slack, Lee A. Jackson* and *Irving I. Axelrad* for the United States.

No. 616.   WHITE ET AL. *v.* UNITED STATES ET AL.   C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted.   THE CHIEF JUSTICE took no part in the consideration or decision of this application.   *Robert Ash* for petitioners.   *Solicitor General Perlman, Acting Assistant Attorney General Slack, John Lockley* and *John R. Benney* for respondents.

No. 369, Misc.   KRUPNICK *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States.

No. 381, Misc.   DI SILVESTRO *v.* GRAY, ADMINISTRATOR OF VETERANS AFFAIRS.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied. Petitioner *pro se.*   *Solicitor General Perlman, Assistant Attorney General Baldridge, Samuel D. Slade* and *Benjamin Forman* for respondent.

No. 403, Misc.   EPHRAIM *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.